

NG

**FILED**
5/3/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 21 CR 228 |
| v. | Violation: Title 18, United States Code, Section 922(o)(1) |
| KALIL WARNER | |

JUDGE COLEMAN
MAGISTRATE JUDGE VALDEZ

## <u>COUNT ONE</u>

The SPECIAL NOVEMBER 2020 GRAND JURY charges:

On or about January 22, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

KALIL WARNER,

defendant herein, did knowingly transfer and possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely, one Glock Conversion Device, a part designed and intended solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

## COUNT TWO

The SPECIAL NOVEMBER 2020 GRAND JURY further charges:

On or about January 25, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

KALIL WARNER,

defendant herein, did knowingly transfer and possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely components designed and intended to be assembled into Glock Conversion Devices, which combination of parts was designed and intended solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

## COUNT THREE

The SPECIAL NOVEMBER 2020 GRAND JURY further charges:

On or about January 27, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

### KALIL WARNER,

defendant herein, did knowingly transfer and possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely components designed and intended to be assembled into Glock Conversion Devices, which combination of parts was designed and intended solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

## COUNT FOUR

The SPECIAL NOVEMBER 2020 GRAND JURY further charges:

On or about February 3, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

### KALIL WARNER,

defendant herein, did knowingly transfer and possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely components designed and intended to be assembled into Glock Conversion Devices, which combination of parts was designed and intended solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Sections 922(o)(1) and 2.

## COUNT FIVE

The SPECIAL NOVEMBER 2020 GRAND JURY further charges:

On or about March 10, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

### KALIL WARNER,

defendant herein, did knowingly transfer and possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely, components designed and intended to be assembled into Glock Conversion Devices, which combination of parts was designed and intended solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).


A TRUE BILL:


_____
FOREPERSON

_____
Signed by Timothy J. Storino on behalf of the
UNITED STATES ATTORNEY